
FILED
June 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002694232

LAW OFFICES OF LETICIA TANNER
DBA: RELIABLE ATTORNEY SERVICES
Leticia Tanner SBN 219343
2740 Fulton Avenue, Suite 130
Sacramento, California 95821
Telephone: 916-480-1275
Facsimile: 916-480-1298

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No.: 10-30701-D-7 |
| | ) |
| BUONOCORE, STEPHEN A. AND, | ) MCN: LLT 1 |
| | ) |
| KLEIN, PHYLLIS A., | ) DATE: July 7, 2010 |
| | ) TIME: 10:00 a.m. |
| Debtors | ) Judge: Hon. Robert S. Bardwil |
| | Location: Dept D. |
| | United States Bankruptcy Court |
| | 501 I Street, 6th Floor, Dept D, |
| | Courtroom 34, Sacramento, CA |

**MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY OF THE ESTATE; DECLARATION OF COUNSEL IN SUPPORT THEREOF**

STEPHEN A. BUONOCORE AND PHYLLIS A. KLEIN, Debtors (hereinafter "Debtors") move the Court pursuant to 11 U.S.C. § 554(b) for an order compelling Trustee to abandon personal property of the estate, more specifically the Debtor's business (DBA: Klein Insurance Agency), located at 4545 Georgetown Place, Suite B-14, Stockton, CA 95207 on the basis that said property has no unprotected equity and is therefore of inconsequential value and benefit to the estate.

///

# I.

## STATEMENT OF FACTS AND PROCEDURAL HISTORY

On April 24, 2010, the above-captioned proceedings were filed. Debtors own certain personal property, (the "business" DBA Klein Insurance Agency, located at 4545 Georgetown Place, Suite B-14, Stockton, CA 95207. It is subject to a commercial leasehold interest, which is also of no value to the estate. The Debtor's Chapter 7 Petition declares the value of the business as $0.00, and presently the fair market value is still $0.00. Because of the value of the business being $0.00, and when the court includes exemptions that apply, there is no equity in the subject property.

Furthermore, The Trustee, Michael D. McGranahan, has stated that the business is a burden to the estate due to potential third party liability as a result of the ongoing operations of the business.

# II.
## BECAUSE THERE IS NO EQUITY IN THE PROPERTY, AND THE ASSET IS A BURDEN TO THE ESTATE THE COURT SHOULD ORDER THE TRUSTEE TO ABANDON THE PROPERTY

11 U.S.C. §554(B) PROVIDES AS FOLLOWS:

> On the request of the party in interest after notice and a hearing, the Court may order the trustee to abandon any property of the estate that is burdensome to estate or that is of inconsequential value and benefit to the estate.

As set forth above, the subject property has no equity and is therefore of no value to the estate, the Court should order the Trustee to abandon the property. It is also a burden to the estate for its potential liability due to ongoing operations.

## III.

## CONCLUSION

WHEREFORE, Debtors respectfully requests this Court grant this motion and order the Trustee to abandon personal property of the estate, the debtor's business located at 4545 Georgetown Place, Suite B-14, Stockton, CA 95207.

Dated: June 9, 2010                LAW OFFICES OF LETICIA TANNER

                                                    BY:  /s/ Leticia Tanner
                                                         LETICIA TANNER
                                                         Attorney for Debtors